UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-2911-CAS(FFMx) | Date | September 13, 2012 |
|---|---|---|---|
| Title | STACY ENID HERNANDEZ V. RECONSTRUCT COMPANY, N.A. ET. AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants

Not Present    Not Present

**Proceedings:** (IN CHAMBERS): PLAINTIFF'S MOTION TO STRIKE DEFENDANT DUGAN'S OPPOSITION (Docket #21, filed September 10, 2012)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing date of October 15, 2012 is vacated, and the matter is hereby taken under submission.

On July 7, 2012, plaintiff filed a first amended complaint ("FAC") in this case. Defendant filed a motion to dismiss the FAC on July 23, 2012. Plaintiff, proceeding pro se, filed a motion to strike defendant's motion to dismiss on July 27, 2012, but did not otherwise oppose the motion. On August 20, 2012, defendant filed an opposition to plaintiff's motion to strike. The Court held a hearing on September 10, 2012. On September 10, 2012, the Court denied plaintiff's motion to strike defendant's motion to dismiss, and dismissed the FAC. On September 10, 2012, plaintiff filed a motion to strike defendant's opposition to her motion to strike.

Plaintiff's motion to strike fails because defendant's opposition is not redundant, immaterial, impertinent or scandalous. Instead, the opposition was well-taken, as plaintiff's July 27, 2012 motion to strike was denied by order dated September 10, 2012.

IT IS SO ORDERED.

00  :  00

Initials of Preparer    CMJ