UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | CIVIL MINUTES - GENERAL | | JS-6 |
|---|---|---|---|
| Case No. | CV 12-2911 (CAS) (FFMx) | Date | October 2, 2012 |
| Title | STACEY ENID HERNANDEZ V. RECONTRUST COMPANY N.A. ET. AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants

Not Present   Not Present

**Proceedings:** **(In Chambers:)** ORDER DISMISSING CASE WITH PREJUDICE

    Plaintiff filed this case in this Court on April 3, 2012. Her complaint alleged a single claim for fraudulent concealment. The Court dismissed her complaint on June 4, 2012. On July 7, 2012, plaintiff filed a first amended complaint asserting a claim for violation of the Truth in Lending Act, 15 U.S.C. §§ 1601 et. seq., ("TILA"), and a claim seeking to quiet title. On September 10, 2012, the Court dismissed plaintiff's first amended complaint, but gave plaintiff twenty days to amend her complaint to state a claim for insufficient responses to qualified written requests under the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2601 et. seq. Dkt. No. 22 at 5 – 6. Further background facts are set out in the Court's September 10, 2012 order.

    Plaintiff filed a second amended complaint on September 19, 2012. Plaintiff's second amended complaint fails to allege any facts that support her conclusion that defendants made insufficient responses to qualified written requests, and does not in any other way allege a claim for relief under RESPA. Accordingly, the Court hereby DISMISSES this case with prejudice.

    IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |